**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS O'CONNOR; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant - Appellant. | No. 14-16078 <br><br> D.C. No. 3:13-cv-03826-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| ABDUL KADIR MOHAMED, <br><br> individually and on behalf of all others similarly situated, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. And RASIER, LLC, <br><br> Defendants - Appellants. | No. 15-16178 <br><br> D.C. No. 3:14-cv-05200-EMC <br><br> Northern District of California, <br><br> San Francisco <br><br> ORDER |

13JULY2015/LBS/Pro Mo

| | |
|---|---|
| RONALD GILLETTE, | No. 15-16181 |
|     Plaintiff - Appellee, | D.C. No. 3:14-cv-05241-EMC |
| v. | Northern District of California, |
| | San Francisco |
| UBER TECHNOLOGIES, INC., | ORDER |
|     Defendant - Appellant. | |

Appellees' opposed motion to stay appellate proceedings in *O'Connor v. Uber Technologies, Inc.*, 14-16078 pending this Court's disposition of *Mohamed v. Uber Technologies, Inc*, no. 15-16178 and *Gillette v. Uber Technologies, Inc.,* no. 15-16181, is denied.

Appellant's motion to expedite the *Gillette* and *Mohamed* appeals is denied. *See* 9th Cir. R. 27-12.

The briefing schedule in nos. 15-16178 and 15-16181 remain in place.

Appellant's motion to consolidate the *Gillette* and *Mohamed*  appeals with the *O'Connor* appeal*,* is granted for the purposes of calendaring and to the extent

14-16078, 15-16178, 15-16181

that the above captioned appeals are assigned to the same merits panel.

Briefing in 14-16078 is complete.

The motion of attorneys Robert Jon Hendricks and Thomas M. Peterson to withdraw as counsel of record for appellant Uber Technologies, Inc. is granted. Court records shall be amended to reflect that attorneys Robert Jon Hendricks and Thomas M. Peterson from the law firm of Morgan, Lewis & Bockius, LLP, no longer represent the appellant.

Attorneys Joshua S. Lipschutz, Theodore J. Boutrous, Jr., Brandon Stoker, Theane Evangelis Kaput, and Kevin Ring-Dowell of Gibson, Dunn & Crutcher, LLP, remain as attorneys of record for the appellant.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10